

**ORDERED in the Southern District of Florida on September 23, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:                                                                    Case No. 18-23669-RAM
YASSER ALMESMAR                                          Chapter 13

_____Debtor_____/

ORDER GRANTING MOTION TO VACATE ORDER GRANTING DEBTOR'S
AMENDED MOTION TO VALUE AND TO DETERMINE SECURED STATUS OF LIEN

On August 17, 2021, at 9:00 a.m., this Court conducted a hearing upon the Debtor's Motion to Vacate Order Granting Debtor's Amended Motion to Value and to Determine secured Status of Lien [DE # 97] (the "Motion"). The Court having considered the Debtor's Motion, and representations of counsel, it is hereby:

ORDERED AND ADJUDGED:

1. That the Motion is **GRANTED**.

2. The Order [DE #53] Granting Debtor's Amended Motion to Value and to Determine secured Status of Lien is hereby **VACATED**.

### 

(Debtors' counsel is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service).

Submitted by: Haven Del Pino, Esq., 900 West 49th St., Suite # 422, Hialeah, FL 33012 (305) 362.6277